MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUG WILSON (DCBN 412811)
Acting Criminal Chief

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

*E-FILED - 12/10/10*

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5061
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>EVELYN SINENENG-SMITH,  )<br>  )<br>    Defendant.  )<br>_____ ) | No. CR 10-0414 RMW<br><br>STIPULATION AND []<br>ORDER EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT<br><br>SAN JOSE VENUE |

    On September 13, 2010, the undersigned parties appeared before the Court for a status conference in the above-captioned case.  At the appearance, Assistant United States Attorney Susan Knight informed the Court that the government had additional discovery to provide to defense counsel Daniel Cook.  The parties jointly requested that the case be continued to December 13, 2010.  The parties also requested an exclusion of time from September 13, 2010 until December 13, 2010 under the Speedy Trial Act.  The defendant, through her counsel, agreed to the exclusion.  The undersigned parties agree and stipulate that an exclusion of time is

//

//

STIPULATION AND [] ORDER
No. CR 10-414RMW                                1

appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED: MELINDA HAAG
United States Attorney

DATED: 12/7/10 _____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

DATED: 12/7/10 _____/s/_____
DANIEL F. COOK
Counsel for Ms. Sineneng-Smith

ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from September 13, 2010 to December 13, 2010. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 12/10/10   _Ronald M. Whyte_____
RONALD M. WHYTE
United States District Judge