MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUG WILSON (DCBN 412811)
Acting Criminal Chief

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

*E-FILED - 12/10/10*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>EVELYN SINENENG-SMITH,  )<br>  )<br>   Defendant.  )<br>_____ ) | No. CR 10-0414 RMW<br><br>STIPULATION AND []<br>ORDER CONTINUING HEARING DATE<br>AND EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT<br><br>SAN JOSE VENUE |

   The undersigned parties respectfully request that the status appearance scheduled for Monday, December 13, 2010 be continued to Monday, January 24, 2011.  The reason for the continuance is that defense counsel is reviewing discovery and deciding upon which motions he will bring to challenge the charges outlined in the indictment.  The parties anticipate on setting a motions schedule at the next appearance.  The parties also request an exclusion of time from December 13, 2010 through January 24, 2011 under the Speedy Trial Act.  he undersigned parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

//

SO STIPULATED:                          MELINDA HAAG
                                        United States Attorney

DATED: 12/7/10                          _____/s/_____
                                        SUSAN KNIGHT
                                        Assistant United States Attorney

DATED: 12/7/10                          _____/s/_____
                                        DANIEL F. COOK
                                        Counsel for Ms. Sineneng-Smith

<u>ORDER</u>

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from December 13, 2010 to January 24, 2011. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 12/10/10                         *[signature: Ronald M. Whyte]*
                                        RONALD M. WHYTE
                                        United States District Judge