MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:  (408) 535-5061
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

*E-FILED - 2/9/11*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,  )<br>  )<br>       v.  )<br>  )<br>  )<br>EVELYN SINENENG-SMITH,  )<br>  )<br>       Defendant.  )<br>  )<br>_____ ) | No. CR 10-0414 RMW<br><br>STIPULATION AND []<br>ORDER EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT<br><br>SAN JOSE VENUE |

The undersigned parties appeared before the Court on January 24, 2011 for a status hearing. At the hearing, Assistant United State Attorney Susan Knight informed the Court that the government needs to provide additional discovery to defense counsel Daniel Cook, specifically, access to approximately 62 boxes of evidence seized during the execution of a search warrant. The parties jointly requested a status appearance for March 7, 2011, and the Court continued the case.  The parties also requested an exclusion of time from January 24, 2011 through March 7, 2011 under the Speedy Trial Act.  The defendant, through her attorney, agreed to the exclusion. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                              MELINDA HAAG
                                            United States Attorney

DATED: 1/25/11                              _____/s/_____
                                            SUSAN KNIGHT
                                            Assistant United States Attorney

DATED: 1/25/11                              _____/s/_____
                                            DANIEL F. COOK
                                            Counsel for Ms. Sineneng-Smith

<u>ORDER</u>

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from January 24, 2011 through March 7, 2011.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 2/9/11                               _____
                                            RONALD M. WHYTE
                                            United States District Judge