MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   Susan.Knight@usdoj.gov

Attorneys for Plaintiff

*E-FILED - 3/2/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0414 RMW |
|    Plaintiff, ) | |
|    v. ) | STIPULATION AND [] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| EVELYN SINENENG-SMITH, ) | |
|    Defendant. ) | SAN JOSE VENUE |

   The undersigned parties respectfully request that the hearing scheduled for March 7, 2011 be continued to March 28, 2011 at 9:00 a.m. The reason for the continuance is that defense counsel Daniel Cook needs additional time to review discovery recently provided to or made available for inspection by the government. The parties also request an exclusion of time from March 7, 2011 through March 28, 2011 under the Speedy Trial Act. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for continuity and effective

//

//

STIPULATION AND [] ORDER
No. CR 10-414RMW        1

preparation of counsel.

SO STIPULATED:    MELINDA HAAG
                  United States Attorney

DATED: 3/1/11     _____/s/_____
                  SUSAN KNIGHT
                  Assistant United States Attorney

DATED: 3/1/11     _____/s/_____
                  DANIEL F. COOK
                  Counsel for Ms. Sineneng-Smith

### **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing is continued to March 28, 2011 at 9:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from March 7, 2011 through March 28, 2011.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 3/2/11     _Ronald M. Whyte_____
                  RONALD M. WHYTE
                  United States District Judge