1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Criminal Chief
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6  150 Almaden Blvd., Suite 900        *E-FILED - 5/18/11*
   San Jose, California 95113
7  Telephone:  (408) 535-5061
   FAX: (408) 535-5066
8  Susan.Knight@usdoj.gov

9  Attorneys for Plaintiff

10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13             SAN JOSE DIVISION

14 UNITED STATES OF AMERICA,       )   No. CR 10-0414 RMW
                                   )
15        Plaintiff,                )
                                   )   STIPULATION AND []
16        v.                        )   ORDER AMENDING BRIEFING
                                   )   SCHEDULE AND REQUESTING A NEW
17 EVELYN SINENENG-SMITH,          )   HEARING DATE
                                   )
18        Defendant.                )   SAN JOSE VENUE
                                   )
19                                 )
                                   )
20

21     The undersigned parties respectfully request that the briefing and motions schedule

22 previously set on March 28, 2011 be amended.  The reason for the continuance is that defense

23 counsel Daniel Cook requested additional information about the defendant's clients receiving

24 certain benefits from the United States Department of Labor and United States Citizenship and

25 Immigration Services.  The parties have exchanged lists of clients, and engaged in discussions

26 about identifying information needed for the government to confirm whether a client received

27 a benefit.  The process is time consuming, however, the parties are hopeful that the information

28 will be confirmed within the next few weeks.  Therefore, the parties request that the briefing

No. CR 10-414RMW                    1

schedule be amended as follows: Mr. Cook will file his motion to dismiss the indictment on June 20, 2011; the government will reply by July 18, 2011; and a reply will be filed by August 8, 2011. The parties request a hearing on August 22, 2011 at 9:00 a.m. Furthermore, the request an exclusion of time from June 27, 2011 through August 22, 2011 under the Speedy Trial Act. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                              MELINDA HAAG
                                            United States Attorney

DATED: 5/11/11                              _____/s/_____
                                            SUSAN KNIGHT
                                            Assistant United States Attorney

DATED: 5/11/11                              _____/s/_____
                                            DANIEL F. COOK
                                            Counsel for Ms. Sineneng-Smith

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the briefing schedule is amended as outlined above, and hearing on the motions shall be scheduled for August 22, 2011 at 9:00 a.m. The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from June 27, 2001 through August 22, 2011. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 5/18/11                              _Ronald M. Whyte_____
                                            RONALD M. WHYTE
                                            United States District Judge