MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:  (408) 535-5061
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

*E-FILED - 6/23/11*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-0414 RMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| v. | ) | ORDER AMENDING BRIEFING |
| | ) | SCHEDULE AND REQUESTING A NEW |
| EVELYN SINENENG-SMITH, | ) | HEARING DATE |
| Defendant. | ) | |
| | ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the briefing and motions schedule previously set on May 18, 2011 be amended.  The reason for the continuance is that the parties have been and are continuing to resolve issues regarding discovery, specifically, information about individuals who received certain benefits from the United States Department of Labor and United States Citizenship and Immigration Services.  Therefore, the parties request that the schedule be amended as follows: Mr. Cook will file his motion to dismiss the indictment on July 18, 2011; the government will respond by August 12, 2011; and Mr. Cook will file a reply brief by August 24, 2011.  The parties request a hearing on August 29, 2011 at 9:00 a.m.  The parties

also request an exclusion of time from August 22, 2011 through August 29, 2011 under the Speedy Trial Act. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for continuity and effective preparation of counsel.

SO STIPULATED:   MELINDA HAAG
                 United States Attorney

DATED: 6/16/11   _____/s/_____
                 SUSAN KNIGHT
                 Assistant United States Attorney

DATED: 6/16/11   _____/s/_____
                 DANIEL F. COOK
                 Counsel for Ms. Sineneng-Smith

### ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the briefing schedule proposed by the parties is hereby adopted and a motions hearing in the above-captioned case is continued from August 22, 2011 to August 29, 2011 at 9:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from August 22, 2011 through August 29, 2011. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 6/23/11   _____
                 RONALD M. WHYTE
                 United States District Judge