| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Criminal Chief |
| 4 | SUSAN KNIGHT (CSBN 209013)<br>Assistant United States Attorney |
| 5 | 150 Almaden Blvd., Suite 900 |
| 6 | San Jose, California 95113<br>Telephone: (408) 535-5061 |
| 7 | FAX: (408) 535-5066<br>Susan.Knight@usdoj.gov |

*E-FILED - 7/22/11*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0414 RMW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| v. | ) | ORDER AMENDING BRIEFING |
| | ) | SCHEDULE AND REQUESTING A NEW |
| EVELYN SINENENG-SMITH, | ) | HEARING DATE |
| Defendant. | ) | |
| | ) | SAN JOSE VENUE |

The undersigned parties respectfully request that the briefing and motions schedule previously set on June 16, 2011 be amended. The reason for the continuance is that defense counsel Daniel Cook needs time for discovery review, and to conduct research and draft the motion to dismiss. In addition, Mr. Cook is currently out of town handling a family emergency. Therefore, the parties request that the schedule be amended as follows: Mr. Cook will file his motion to dismiss the indictment on August 1, 2011; the government will respond by August 29, 2011; and Mr. Cook will file a reply brief by September 12, 2011. The parties request a hearing on September 19, 2011 at 9:00 a.m. The parties also request an exclusion of time from August

S<small>TIPULATION AND</small> [] <small>ORDER</small>
N<small>O</small>. CR 10-414RMW                                    1

29, 2011 through September 19, 2011 under the Speedy Trial Act. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for continuity and effective preparation of counsel.

SO STIPULATED:                           MELINDA HAAG
                                         United States Attorney

DATED: 7/14/11                           _____/s/_____
                                         SUSAN KNIGHT
                                         Assistant United States Attorney


DATED: 7/14/11                           _____/s/_____
                                         DANIEL F. COOK
                                         Counsel for Ms. Sineneng-Smith


## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the briefing schedule proposed by the parties is hereby adopted and a motions hearing in the above-captioned case is continued from August 29, 2011 to September 19, 2011 at 9:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from August 29, 2011 through September 19, 2011. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 7/22/11                           _Ronald M. Whyte_____
                                         RONALD M. WHYTE
                                         United States District Judge