MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

*E-FILED - 8/3/11*

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-0414 RMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| v. | ) | ORDER AMENDING BRIEFING |
| | ) | SCHEDULE AND REQUESTING A NEW |
| EVELYN SINENENG-SMITH, | ) | HEARING DATE |
| | ) | |
| Defendant. | ) | SAN JOSE VENUE |
| | ) | |

The undersigned parties respectfully request that the motions and hearing schedule previously set on July 14, 2011 be amended. The reason for the continuance is the parties are exploring a potential resolution of the case, and will use the next week to work out an agreement. If the parties are unable to reach an agreement, the parties will proceed with motions. Therefore, the parties request that the briefing schedule and motions hearing be continued. In addition, AUSA Susan Knight will be in trial before the Honorable Edward J. Davila commencing on September 12, 2011 in *United States v. Anderson*, CR 09-01015 EJD, and, may be in trial on the currently set hearing date of September 19, 2011. Therefore, the request that the following schedule: Mr. Cook will file his motion to dismiss the indictment on August 10, 2011; the

STIPULATION AND [] ORDER
No. CR 10-414RMW                    1

government will respond by August 29, 2011; and Mr. Cook will file a reply brief by September 12, 2011. The parties request a hearing on September 26, 2011 at 9:00 a.m. The parties also request an exclusion of time from September 19, 2011 through September 26, 2011 under the Speedy Trial Act. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

SO STIPULATED:                     MELINDA HAAG
                                   United States Attorney

DATED: 7/29/11                     _____/s/_____
                                   SUSAN KNIGHT
                                   Assistant United States Attorney

DATED: 7/29/11                     _____/s/_____
                                   DANIEL F. COOK
                                   Counsel for Ms. Sineneng-Smith

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the briefing schedule proposed by the parties is hereby adopted and a motions hearing in the above-captioned case is continued from September 19, 2011 at 9:00 a.m. to September 26, 2011.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from September 19, 2011 through September 26, 2011. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: 8/3/11                      _____/s/ Ronald M. Whyte_____
                                   RONALD M. WHYTE
                                   United States District Judge