MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0414 RMW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [] |
| v. | ) | ORDER AMENDING BRIEFING |
| | ) | SCHEDULE AND REQUESTING A NEW |
| EVELYN SINENENG-SMITH, | ) | HEARING DATE |
| Defendant. | ) | |
| | ) | SAN JOSE VENUE |
| | ) | |
| | ) | |

The undersigned parties respectfully request that the briefing and motions schedule previously set on July 29, 2011 be amended. The reason for the continuance is that Assistant United States Attorney Susan Knight needs additional time to respond to the defendant's motion to dismiss the indictment. Accordingly, the parties request the following schedule: the government's response will be filed on September 12, 2011, and defense counsel Daniel Cook will file a reply by September 27, 2011. The parties request a hearing on October 3, 2011 at 9:00 a.m. The parties also request an exclusion of time from September 26, 2011 through October 3, 2011 under the Speedy Trial Act. The parties agree and stipulate that an exclusion of time is

STIPULATION AND [] ORDER
No. CR 10-414RMW                1

1  appropriate based on the defendant's need for effective preparation of counsel.

2  SO STIPULATED:                              MELINDA HAAG
                                               United States Attorney

3  DATED: 8/26/11                              _____/s/_____
                                               SUSAN KNIGHT
                                               Assistant United States Attorney

6  DATED: 8/26/11                              _____/s/_____
                                               DANIEL F. COOK
                                               Counsel for Ms. Sineneng-Smith

### ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the briefing schedule proposed by the parties is hereby adopted and a motions hearing in the above-captioned case is continued from September 26, 2011 to October 3, 2011 at 9:00 a.m.

The Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from September 26, 2011 through October 3, 2011. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED: _____                           _____
                                               RONALD M. WHYTE
                                               United States District Judge

STIPULATION AND [ ] ORDER
No. CR 10-414RMW                    2