1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  MIRANDA KANE (CABN 150630)
   Criminal Chief

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney

5

6    150 Almaden Blvd., Suite 900       EOEOCSOOAEAEEECEEFGE
     San Jose, California 95113
     Telephone:  (408) 535-5061

7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov

8

9  Attorneys for Plaintiff

10

11                     UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14  UNITED STATES OF AMERICA,        )     No. CR 10-0414 RMW
                                     )
15       Plaintiff,                  )
                                     )     STIPULATION AND []
16       v.                          )     ORDER EXCLUDING TIME UNDER THE
                                     )     SPEEDY TRIAL ACT
17  EVELYN SINENENG-SMITH,           )
                                     )
18       Defendant.                  )     SAN JOSE VENUE
                                     )
19                                   )
                                     )
20  _____)

21      On November 14, 2011, the undersigned parties appeared before the Court for a status

22  hearing.  Assistant United States Attorney Susan Knight informed the Court that the government

23  will be scanning the contents of 60 boxes seized from the defendant's business, and will provide

24  a hard drive to defense counsel Daniel Cook.  In addition, the government anticipates

25  superseding the indictment in order to revise some of the charges.  Therefore, the parties

26  requested a status appearance on February 13, 2012, and requested an exclusion of time under the

27  Speedy Trial Act from November 14, 2011 through February 13, 2012.  The parties agree and

28  stipulate that an exclusion of time is appropriate based on the defendant's need for effective

STIPULATION AND [] ORDER
No. CR 10-414RMW                          1

1  preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

2  SO STIPULATED:                          MELINDA HAAG
                                           United States Attorney
3

4  DATED: 12/5/11                          _____/s/_____
                                           SUSAN KNIGHT
5                                          Assistant United States Attorney

6  DATED: 12/5/11                          _____/s/_____
                                           DANIEL F. COOK
7                                          Counsel for Ms. Sineneng-Smith

8

9                                  **ORDER**

10      Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

11  under the Speedy Trial Act from November 14, 2011 through February 13, 2012.  The Court

12  finds, based on the aforementioned reasons, that the ends of justice served by granting the

13  requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

14  The failure to grant the requested continuance would deny defense counsel reasonable time

15  necessary for effective preparation, taking into account the exercise of due diligence, and would

16  result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time

17  should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

18  SO ORDERED.

19

20  DATED:___FEB G___                      _Ronald M. Whyte_____
                                           RONALD M. WHYTE
21                                         United States District Judge

22

23

24

25

26

27

28

STIPULATION AND [] ORDER
No. CR 10-414RMW                    2