1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   MIRANDA KANE (CABN 150630)
    Chief, Criminal Division

4   SUSAN KNIGHT (CABN 209013)
    PHILIP GUENTERT (CABN 147374)

5   Assistant United States Attorneys

6      150 Almaden Blvd., Suite 900
       San Jose, California 95113

7      Telephone: (408) 535-5061
       FAX: (408) 535-5066

8      E-Mail:  Susan.Knight@usdoj.gov
                Philip.Guentert@usdoj.gov

9

10  Attorneys for the United States of America

11

12                           UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

14                                 SAN JOSE DIVISION

15  UNITED STATES OF AMERICA,          )    No. CR 10-0414 RMW
                                       )
16       Plaintiff,                    )
                                       )
17       v.                            )    STIPULATION AND []
                                       )    ORDER EXCLUDING TIME UNDER THE
                                       )    SPEEDY TRIAL ACT
18  EVELYN SINENENG-SMITH,             )
                                       )
19       Defendant.                    )    SAN JOSE VENUE
                                       )

20

21      On February 25, 2013, the undersigned parties appeared before the Court for a status

22  hearing.  At the appearance, Daniel Cook, who represents the defendant, requested that the Court

23  vacate the trial date of March 18, 2013 in order to afford him an opportunity to file motions

24  related to discovery, and to review additional discovery provided by the government.  The Court

25  granted Mr. Cook's request, and scheduled a status and motions hearing on March 18, 2013.  The

26  Court also scheduled a pretrial conference on April 4, 2013, with a trial date of April 22, 2013.

27  The parties also requested an exclusion of time under the Speedy Trial Act from February 25,

28  2013 through April 22, 2013.  The parties agree and stipulate that an exclusion of time is

STIPULATION AND [] ORDER
CR 10-00414 RMW

1   appropriate based on the defendant's need for effective preparation of counsel.  18 U.S.C. §

2   3161(h)(7)(B)(iv).

3   SO STIPULATED:                        MELINDA HAAG
                                          United States Attorney
4

5   DATED: 2/26/13                        _____
                                          SUSAN KNIGHT
6                                         PHILIP GUENTERT
                                          Assistant United States Attorneys
7

8   DATED: 2/26/13                        _____/s/_____
                                          DANIEL F. COOK
9                                         Counsel for Ms. Sineneng-Smith

10

11                                   **ORDER**

12      Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded

13   under the Speedy Trial Act from February 25, 2013 through April 22, 2013.  The Court

14   finds, based on the aforementioned reasons, that the ends of justice served by granting the

15   requested continuance outweigh the best interest of the public and the defendant in a speedy trial.

16   The failure to grant the requested continuance would deny defense counsel reasonable time

17   necessary for effective preparation, taking into account the exercise of due diligence, and would

18   result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time

19   should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

20   SO ORDERED.

21

22   DATED:_____          _____
                                          RONALD M. WHYTE
23                                        United States District Judge

24

25

26

27

28