MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: Susan.Knight@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00414 RMW |
|    Plaintiff, ) | |
| v. ) | NOTICE OF DISMISSAL |
| EVELYN SINENENG-SMITH ) | |
|    Defendant. ) | |

   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice Counts Nine, Ten, and Criminal Forfeiture Allegation Three of the above-captioned Superseding Indictment, which charges the defendant with Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, in violation of Title 18, United States Code, Section

//
//
//
//

NOTICE OF DISMISSAL
CR 10-00414 RMW

1957, and Criminal Forfeiture of Money Laundering Proceeds, in violation of 18 U.S.C. § 982(a)(1).

DATED: 3/18/13

Respectfully submitted,

MELINDA HAAG
United States Attorney

AMBER ROSEN
Deputy Chief, San Jose Branch Office

## ORDER

Leave is granted to the government to dismiss Counts Nine, Ten, and Criminal Forfeiture Allegation Three of the above-captioned Superseding Indictment, which charges the defendant with Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, in violation of Title 18, United States Code, Section 1957, and Criminal Forfeiture of Money Laundering Proceeds, in violation of 18 U.S.C. § 982(a)(1), without prejudice.

IT IS SO ORDERED.

Date: _____

RONALD M. WHYTE
United States District Judge