MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
PHILIP A. GUENTERT (CABN 147374)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   E-Mail:  Susan.Knight@usdoj.gov
            Philip.Guentert@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-00414 RMW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **UNITED STATES' AMENDED** |
| v. | ) | **WITNESS LIST** |
| | ) | |
| EVELYN SINENENG-SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   The United States hereby gives notice to the Court and to the defendant of additional witnesses it may call in its case-in-chief at the trial in the above-captioned case.  This list is intended to be inclusive, is subject to amendment or supplementation as trial preparations progress, and does not necessarily reflect the order in which the government will call the witnesses.  The government will seek permission from the Court to make any additions to this list.

//

//

//

UNITED STATES' AMENDED WITNESS LIST
CR 10-00414 RMW

| Witness Name | Anticipated Testimony |
|---|---|
| ICE Special Agent Angelito Acala | Special Agent Acala will testify about the initiation of the investigation, and his interview of the defendant on May 9, 2006. |
| Custodian of Records From Bank of America | A custodian of records from Bank of America will testify about the authenticity of records of the defendant's bank accounts (ending in 01378, 03191, and 03179) at Bank of America. |
| Jose Castillo | Mr. Castillo, who owns two residential health care facilities called Golden Years Castle Group Home in Reno, Nevada, will testify that he entered into contracts with the defendant in order to obtain legal status for his employees Edward Camarat and Roxana Bushman. He will verify documents that he signed and payments he provided to the defendant. |
| Raul Corral | Mr. Corral will testify that he came to the United States from the Philippines on September 3, 2005 on a visitor's visa, and obtained employment with a residential healthcare facility in San Jose, California. On approximately September 16, 2005, he signed a retainer with the defendant for a foreign labor certification as a means of obtaining lawful permanent residence. Mr. Corral will verify documents that he received from the defendant, documents that he signed, and payments that were sent to her. |
| IRS Special Agent Danielle Singleton (formerly Danielle Crowley) | Special Agent Singleton will testify that she analyzed the defendant's Bank of America accounts ending in 01378, 03191, and 03179, specifically, deposits from client and care home payments from 2002-2007. She will testify that the defendant deposited these payments, totaling approximately $3,396,329.00, from August 2004 though August 2007. |
| Evelyn Das West | Ms. Das West will testify that she came to the United States from the Philippines in April 2002 on a visitor's visa, and obtained employment in a residential healthcare facility. She will testify that she entered into a retainer agreement with the defendant on approximately April 23, 2002 for a foreign labor certification as a path to obtain lawful permanent residence. She also signed a retainer agreement with the defendant on approximately May 5, 2007 for the filing of USCIS Form I-140, Petition for Alien Work, in order to pursue lawful permanent residence. She will verify documents that she signed, documents that she received from the defendant, and identify payments that she made to the defendant. |
| Caridad Escarez | Ms. Escarez will testify that she came to the United States from the Philippines in June 2001 on a visitor's visa, and obtained employment in a residential health |

UNITED STATES' AMENDED WITNESS LIST
CR 10-00414 RMW                    2

| | |
|---|---|
| | care facility.  She will testify that she entered into a contract with the defendant in November 2001 for a foreign labor certification as a path to obtain lawful permanent residence.  She will verify documents that she received from the defendant as well as documents that she signed.  She will also verify checks that she sent to the defendant. |
| Fred Esteban | Mr. Esteban will testify that he came to the United States from the Philippines on a visitor's visa in October 2002.  He will testify that he was hired by a residential health care facility and later entered into a two contracts with the defendant for a foreign labor certification in December 2002 and another for the filing of Form I-140, Petition for Alien Worker in June 2007.  He believed that by obtaining a foreign labor certification, he was on a path towards lawful permanent residence and could work legally in the United States.  He will verify documents that he received from the defendant, and various documents that he signed, such as retainer agreements. |
| Hermansita Esteban | Ms. Esteban will testify that she came to the United States from the Philippines on a visitor's visa in 2002, and obtained employment at a residential healthcare facility.  She will testify that she entered into two contracts with the defendant  - one for a foreign labor certification in May 2002 and another for the filing of Form I-140, Petition for Alien Worker in May 2007 - as a path to obtain lawful permanent residence.  She will verify documents and mailings that she received from the defendant.  She will also identify documents that she signed, such as retainer agreements, and payments that she sent to defendant to satisfy her and her husband's (Fred Esteban) account. |
| Oliver Galupo | Mr. Galupo will testify that he came to the United States from the Philippines in March 2005 on a visitor's visa, and obtained employment at a residential healthcare facility.  He will also testify that in June 2005, entered into a contract  with the defendant to obtain a foreign labor certification as an avenue to obtain lawful permanent residence.  He will verify documents that he received from the defendant and identify documents that he signed, such as a retainer agreement. |
| Kurt Gooselaw, USCIS Associate Center Director | Mr. Gooselaw, whom the government will qualify as an expert in the area of employment-based immigration procedures, will provide an overview of the process and criteria for aliens adjusting their status to that of lawful permanent residents under Section 245(I) of the Immigration and Naturalization Act, and the rules concerning work and presence for certain visas. |
| Amelia Guillermo | Ms. Guillermo will testify that she came to the United States from the Philippines in November 2001 on visitor's visa and obtained employment in a residential |

UNITED STATES' AMENDED WITNESS LIST
CR 10-00414 RMW                                    3

| | | |
|---|---|---|
| | | healthcare facility. She will testify that she entered into two contracts with the defendant - one for a foreign labor certification in April 2002, and another for the filing of Form I-140, Petition for Alien Worker in May 2007 - as a path to obtain lawful permanent residence. She will verify documents and mailings that she received from the defendant. She will also identify documents that she signed such as the retainer agreements and payments that she made to the defendant. |
| | ICE Special Agent Bryan Jang | If the parties proceed to the asset forfeiture part of the trial, Special Agent Jang will testify about the basis for asset forfeiture related to the immigration and mail fraud counts. |
| | William K. Rabung, Director of the National Prevailing Wage Center, Office of Labor Certification, U.S. Department of Labor | Mr. Rabung, whom the government will qualify as an expert in foreign labor certification, will provide an overview of the application process for an alien to obtain a foreign labor certification and the rules that an employer must comply with in order to hire a foreign employee under the foreign labor certification program. |
| | ICE Special Agent Oliver Ramelb | Special Agent Ramelb will testify that he attended an informational meeting held by the defendant on August 22, 2007 in La Jolla, California in an undercover capacity and videotaped and recorded the defendant's statements. |
| | Erlinda Sandalo | Ms. Sandalo will testify that she came to the United States from the Philippines in February 2004 on a visitor's visa and obtained employment at a residential healthcare facility. She will testify that she entered into two contracts with the defendant one for a foreign labor certification in March 2005, and another for the filing of Form I-140, Petition for Alien Worker in July 2007 - as a path to obtain lawful permanent residence. She will verify documents that she received from the defendant, and identify documents that she signed, such as the retainer agreement. She will also discuss the payments she made to the defendant. |
| | Caridad Sioc | Ms. Sioc will testify about her employment at the defendant's immigration consultation business. |
| | ICE Special Agent Anthony Villacorta | Special Agent Villacorta will testify about his role in the investigation of the defendant, including the execution of a search warrant on the defendant's business and statements that she gave to him on April 16, 2008. |
| | U.S. Postal Inspector Andrew Wong | Inspector Wong will discuss his identification of documents that were mailed to and from the defendant's office in San Jose, California, including correspondence to the defendant's clients and government agencies. He will testify about the documents listed in Counts Four through Six. |
| | ICE Special Agent Wendell | Special Agent Wright, who is the case agent, will testify |

UNITED STATES' AMENDED WITNESS LIST
CR 10-00414 RMW                    4

| | |
|---|---|
| Wright | about his investigation, the search warrant executed on the defendant's business in April 2008, his review of client files, and summary charts of the volume of the defendant's business based on the number of retainer agreements. He will also testify regarding a summary chart listing approximately 1,937 clients and containing information from USCIS databases, such as their dates of entry into the United States and information from their client files. |

DATED: 4/26/13

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
SUSAN KNIGHT
PHILIP A. GUENTERT
Assistant United States Attorneys

UNITED STATES' AMENDED WITNESS LIST
CR 10-00414 RMW                              5