**E-FILED on** 6/14/13

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-10-00414 RMW |
| Plaintiff, | |
| v. | SUPPLEMENT TO THE COURT'S RULINGS ON DEFENDANT'S MOTIONS *IN LIMINE* I - IV |
| EVELYN SINENENG-SMITH, | |
| Defendant. | |

    This order supplements the court's rulings on defendant's motions in Limine I - IV, Dkt. No. 131, ("In Limine Order") with respect to Exhibits 81 and 82, which are the audio video recording ("the tape") and the transcript thereof of defendant's August 22, 2007 "La Jolla" meeting.

    At the hearing, defendant disputed the factual statement in the court's In Limine Order that: "although the audio is somewhat fussy . . . [the] tape contains complete, audible recordings of the vast majority of defendant's statements." In Limine Order 4. According to defendant, a material portion is missing at the end of the tape. The court indicated that defendant is entitled to file a declaration under seal no later than June 19 at noon explaining why the tape should not be admitted.

    The government objects on the basis that the defendant filing under seal is inappropriate. The court indicated that the government should brief its position on this, also due no later than June

19 at noon. If the court finds that the government's position has merit, the court will not consider any in camera filing.

DATED:     June 14, 2013

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge