KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
DANIEL F. COOK (State Bar No. 70484)
dcook@kasowitz.com
LYN R. AGRE (State Bar No. 178218)
lagre@kasowitz.com
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

Counsel for Defendant
EVELYN SINENENG-SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No:  CR-10-00414-RMW |
| Plaintiff, | STIPULATION AND [] ORDER AMENDING BRIEFING SCHEDULE AND REQUESTING A NEW HEARING DATE |
| vs. | |
| EVELYN SINENENG-SMITH, | |
| Defendant. | |

**STIPULATION**

The undersigned parties stipulate that the post-trial motions briefing and hearing schedule previously set on July 30, 2013, be amended.  The reason for the continuance is to permit defense counsel additional time to prepare the motions and receive on outstanding ordered transcript.  Therefore, the parties request that the briefing schedule be amended follows:

| Description | Current Date | New Date |
|---|---|---|
| Defense filing of post-trial motions | September 23, 2013 | October 7, 2013 |
| Govt. filing of oppositions | October 15, 2013 | October 29, 2013 |
| Defense filing of reply briefs | October 29, 2013 | November 12, 2013 |

1

| Hearing date for post-trial motions | November 4, 2013 | November 18, 2013 |

SO STIPULATED.

DATED: September 23, 2013                    _____/s/_____
                                            DANIEL F. COOK
                                            Counsel for Ms. Sineneng-Smith

DATED: September 23, 2013                    _____/s/_____
                                            SUSAN KNIGHT
                                            Counsel for Ms. Sineneng-Smith

**[] ORDER**

    Based on the above Stipulation, and good cause appearing, the Court HEREBY

ORDERS that the briefing schedule is amended as outlined above, and the hearing on post-

trial motions is hereby set for November 18, 2013, at 9:00 a.m.

SO ORDERED:

DATED:  FILED DTH

_____
RONALD M. WHYTE
United States District Judge

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

8147161v1
9/23/2013

STIPULATION AND [] ORDER                                    Case No. Cr-10-00414-RMW