| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | SUSAN KNIGHT (CABN 209013)<br>PHILIP A. GUNTERT (CABN 147374) |
| 5 | Assistant United States Attorneys |

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
E-Mail:  Susan.Knight@usdoj.gov
          Philip.Guentert@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　v.<br><br>EVELYN SINENENG-SMITH,<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 10-00414 RMW<br><br>STIPULATION AND ORDER<br>AMENDING BRIEFING DATE AND<br>REQUESTING A NEW HEARING DATE |

The undersigned parties hereby stipulate that the post-trial briefings and hearing in the above-captioned case be amended. The United States needs additional time to respond to the defendant's motions. Therefore, the parties request that the following schedule: 1) the government's opposition to the defense's motions, which are due on October 29, 2013, be filed on November 5, 2013; 2) the defense's reply briefs, which are due on November 12, 2013, be filed on November 26, 2013; and 3) the hearing on the motions, which is currently scheduled for November 18, 2013, be continued to December 9, 2013 at 9:00 a.m.

//

STIPULATION AND [] ORDER
CR 10-00414 RMW

| | | |
|---|---|---|
| 1 | SO STIPULATED: | MELINDA HAAG |
| 2 | | United States Attorney |
| 3 | DATED: 10/28/13 | |
| 4 | | _____/s/_____ <br> SUSAN KNIGHT |
| 5 | | Assistant United States Attorney |
| 6 | DATED: 10/28/13 | _____/s/_____ |
| 7 | | DANIEL F. COOK <br> Counsel for Ms. Sineneng-Smith |

### ORDER

Based upon the stipulation of the parties, the Court HEREBY ORDERS that the briefing schedule be amended as outlined above. The hearing on the post-trial motions is scheduled for December 9, 2013 at 9:00 a.m..

SO ORDERED.

DATED:__FFDFH_____      _____
RONALD M. WHYTE
United States District Judge

STIPULATION AND ] ORDER
CR 10-00414 RMW