KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
DANIEL F. COOK (State Bar No. 70484)
dcook@kasowitz.com
LYN R. AGRE (State Bar No. 178218)
lagre@kasowitz.com
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Counsel for Defendant
EVELYN SINENENG-SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No: CR-10-00414-RMW |
|---|---|
| Plaintiff, | STIPULATION AND [] ORDER AMENDING BRIEFING SCHEDULE AND HEARING DATE |
| vs. | |
| EVELYN SINENENG-SMITH, | |
| Defendant. | |

**STIPULATION**

The undersigned parties stipulate that the post-trial motions briefing and hearing schedule in the above-captioned case be amended. Defendant Evelyn Sineneng-Smith needs additional time to respond to the government's opposition to her post-trial motions. Therefore, the parties request the following schedule: 1) the defense's reply briefs, which now are due on November 26, 2013, be filed on December 3, 2013; 2) the hearing on the motions, which is currently scheduled for December 9, 2013 at 9:00 a.m., be continued to December 16, 2013, at 9:00 a.m.

//

//

| | |
|---|---|
| 1 | SO STIPULATED. |
| 2 | DATED: 11/25/13 |
| 3 | |
| 4 | |
| 5 | DATED: 11/25/13 |

           /s/
SUSAN KNIGHT
Counsel for Ms. Sineneng-Smith

           /s/
DANIEL F. COOK
Counsel for Ms. Sineneng-Smith

**[] ORDER**

Based on the above Stipulation, and good cause appearing, the Court HEREBY ORDERS that (1) the defense replies on post-trial motions are due December 3, 2013 and (2) the hearing date on the post-trial motions is set for December 16, 2013 at 9:00 a.m.

SO ORDERED:

DATED:

_____
RONALD M. WHYTE
United States District Judge