```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    J. DOUGLAS WILSON (DCBN 412811)
 3  Chief, Criminal Division

 4  SUSAN KNIGHT (CABN 209013)
    Assistant United States Attorney
 5
         150 Almaden Boulevard, Suite 900
 6       San Jose, California 95113
         Telephone: (408) 535-5056
 7       FAX: (408) 535-5066
         E-Mail: Susan.Knight@usdoj.gov
 8
    Attorneys for United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 10-00414 RMW |
|---|---|
| Plaintiff, | ) STIPULATION AND [] ORDER REQUESTING STATUS HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| EVELYN SINENENG-SMITH, | |
| Defendant. | |

## STIPULATION

The undersigned parties respectfully request that a status hearing be scheduled for February 10, 2014 at 9:00 a.m. concerning the tax charges in the above-captioned case. The Court severed the tax counts contained in Counts Seven and Eight of the Superseding Indictment based upon the stipulation of the parties. The government will be providing defense counsel with discovery consisting of a searchable compact disc with defendant's bank records and other documents by mid-January. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).

//

STIPULATION AND [] ORDER
CR 10-00414 RMW

SO STIPULATED.

DATED: December 30, 2013

MELINDA HAAG
United States Attorney

/s/
SUSAN KNIGHT
Assistant United States Attorney

DATED: December 30, 2013

/s/
DANIEL F. COOK
Counsel for Ms. Sineneng-Smith

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that a status hearing be scheduled for February 10, 2014 at 9:00 a.m.

The Court FURTHER ORDERS that time be excluded for Counts Seven and Eight of the Superseding Indictment under the Speedy Trial Act from December 30, 2013 through February 10, 2014. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED:

HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [] ORDER
CR 10-00414 RMW