MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   E-Mail: Susan.Knight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00414 RMW |
| ) | |
|    Plaintiff, ) | STIPULATION AND [] ORDER RE |
| ) | PLEA HEARING AND EXCLUDING TIME |
|  v. ) | UNDER THE SPEEDY TRIAL ACT |
| ) | |
| EVELYN SINENENG-SMITH, ) | |
| ) | SAN JOSE VENUE |
| ) | |
|    Defendant. ) | |

## STIPULATION

The undersigned parties in the above-captioned case request a continuance from September 15, 2014 to October 6, 2014 for a change of plea hearing. The reason for the continuance is that the parties need additional time to finalize the plea agreement. Due to family-related matters, defense counsel Daniel Cook has been unable to complete consultation with a tax expert concerning the loss figures outlined in the plea agreement and present any proposed changes to the government. Government counsel has also been out of the office for various periods of time during August to address family matters. The parties agree and stipulate that an exclusion of time under the Speedy Trial Act from September 15, 2014 through October 6, 2014 is appropriate based on the defendant's need for effective preparation of

STIPULATION AND [] ORDER
CR 10-00414 RMW

counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED:

DATED: September 8, 2014                MELINDA HAAG
                                        United States Attorney

                                        /s/
                                        SUSAN KNIGHT
                                        Assistant United States Attorney

DATED: September 8, 2014

                                        /s/
                                        DANIEL F. COOK
                                        Counsel for Ms. Sineneng-Smith

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing scheduled for September 15, 2014 be vacated, and a change of plea hearing scheduled for October 6, 2014.

The Court FURTHER ORDERS under the Speedy Trial Act from September 15, 2014 through October 6, 2014. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED:                                  RONALD M. WHYTE
                                        United States District Judge

STIPULATION AND [] ORDER
CR 10-00414 RMW