MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
   FAX: (408) 535-5066
   E-Mail: Susan.Knight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EVELYN SINENENG-SMITH, ) <br> ) <br> Defendant. ) | No. CR 10-00414 RMW <br><br> STIPULATION AND [] ORDER RE PLEA HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT <br><br> SAN JOSE VENUE |

**STIPULATION**

The undersigned parties in the above-captioned case request a continuance from October 6, 2014 to November 3, 2014 for a change of plea hearing. The reason for the continuance is that the parties need additional time to finalize the plea agreement. The parties have been diligently working on an agreement, including attempting to resolve complicated restitution issues. Defense counsel Daniel Cook provided the government with tax loss figures bearing on restitution, and IRS Revenue Agent Ari Grellas is evaluating them.  In addition, Mr. Cook is continuing to work with a tax consultant on the tax loss for purposes of the Sentencing Guidelines calculation. The government anticipates that RA Grellas will need to discuss the restitution figures with the tax consultant. Therefore, the parties request that the

STIPULATION AND [] ORDER
CR 10-00414 RMW

change of plea hearing be continued one more time. The parties agree and stipulate that an exclusion of time under the Speedy Trial Act from October 6, 2014 to November 3, 2014 is appropriate based on the defendant's need for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO STIPULATED:

DATED: October 1, 2014

MELINDA HAAG
United States Attorney

/s/
SUSAN KNIGHT
Assistant United States Attorney

DATED: October 1, 2014

/s/
DANIEL F. COOK
Counsel for Ms. Sineneng-Smith

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status hearing scheduled for October 6, 2014 be vacated, and a change of plea hearing scheduled for November 3, 2014.

The Court FURTHER ORDERS under the Speedy Trial Act from October 6, 2014 through November 3, 2014. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO ORDERED.

DATED:

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

STIPULATION AND [] ORDER
CR 10-00414 RMW