| | |
|---|---|
| MELINDA HAAG (CABN 132612)<br>United States Attorney | |
| DAVID R. CALLAWAY (CABN 121782)<br>Chief, Criminal Division | |
| SUSAN KNIGHT (CABN 209013)<br>Assistant United States Attorney | |

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5056
FAX: (408) 535-5066
E-Mail: Susan.Knight@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>EVELYN SINENENG-SMITH,<br><br>        Defendant. | No. CR 10-00414 RMW<br><br>STIPULATION AND [] ORDER REQUESTING A STATUS HEARING AND A CONTINUATION OF THE SENTENCING HEARING |

**STIPULATION**

The undersigned parties respectfully request a status hearing on Monday, April 20, 2015 in order to discuss the sentencing enhancements related to the immigration and mail fraud counts, restitution issues, and forfeiture issues as outlined in the briefings on those issues filed by the parties, as well as further scheduling as needed to resolve such issues and whether they should be resolved before the issuance of draft or final presentence reports and well before the sentencing hearing.. In addition, the parties request a brief continuance of the sentencing hearing in order to allow Probation Officer Jessica Goldsberry to complete her report after the Court rules on appropriate sentencing enhancements. The parties are also diligently working (1) on the forfeiture issues presented in this case and (2) to resolve the restitution

STIPULATION AND [] ORDER
CR 10-00414 RMW

amount owed in the tax counts and need additional time for the defendant to provide documentation to the IRS so that the correct restitution amount can be calculated for the presentence report.  If this Court wishes to set a new sentencing date now - before the status conference instead of at the status conference - it is requested that the Court vacate the presently set May 18, 2015 sentencing date and reset that date to June 29, 2015 at 9:00 a.m. so that the Probation Office has sufficient time to prepare the draft presentence report, which would otherwise be due on April 13, 2015, before the status conference. Alternatively, this Court could simply vacate the current sentencing date and reset it at the status conference.

    Probation Officer Goldsberry has no objection to the request.

SO STIPULATED:

DATED:                                        MELINDA HAAG
                                              United States Attorney

                                              /s/
                                              SUSAN KNIGHT
                                              Assistant United States Attorney

DATED

                                              /s/
                                              DANIEL F. COOK
                                              Counsel for Ms. Sineneng-Smith

## () **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that a status hearing be scheduled for Monday, April 20, 2015 at 9:00 a.m.

The Court FURTHER ORDERS that the May 18, 2015 sentencing hearing be vacated.

The Court FURTHER ORDERs that the sentencing date is reset to _____.

SO ORDERED.

DATED: _____

                                              *Ronald M. Whyte*
                                              HON. RONALD M. WHYTE
                                              United States District Judge

STIPULATION AND [] ORDER
CR 10-00414 RMW