1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLWAY (CABN 121782)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408) 535-5056
7       FAX: (408) 535-5066
        E-Mail: Susan.Knight@usdoj.gov
8
   Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,           ) No. CR 10-00414 RMW
14                                     )
        Plaintiff,                     ) STIPULATION AND [ ORDER
15                                     ) REQUESTING THAT THE EVIDENTIARY
     v.                                ) HEARING SCHEDULED FOR AUGUST 17, 2015
16                                     ) BE VACATED AND A STATUS HEARING SET
   EVELYN SINENENG-SMITH,              ) FOR AUGUST 24, 2015
17                                     )
                                       )
18      Defendant.                     ) SAN JOSE VENUE
                                       )
19

20                                    **STIPULATION**

21      The undersigned parties respectfully request that the evidentiary hearing scheduled for Monday,

22 August 17, 2015 at 1:30 p.m. be vacated and that a status hearing be scheduled for Monday, August 24,

23 2015 at 9:00 a.m. The government has informed defense counsel that it will no longer be seeking an

24 increased loss amount under the Sentencing Guidelines for the mail fraud counts and will proceed with

25 the loss amount proved through witness testimony and documentation at trial.  Therefore, the parties

26 request that the evidentiary hearing be vacated and status hearing be scheduled for August 24, 2015.

27 //

28 //

STIPULATION AND [] ORDER
CR 10-00414 RMW

1  SO STIPULATED:

2  DATED: August 12, 2015                    MELINDA HAAG
                                              United States Attorney
3
                                              /s/
4                                             SUSAN KNIGHT
                                              Assistant United States Attorney
5

6  DATED: August 12, 2015

7                                             /s/
                                              DANIEL F. COOK
8                                             Counsel for Ms. Sineneng-Smith

9

10                          **() ORDER**

11     Accordingly, for good cause shown, the Court HEREBY ORDERS that the evidentiary hearing

12 scheduled for Monday, August 17, 2015 at 1:30 p.m. is vacated, and a status hearing is scheduled for

13 Monday, August 24, 2015 at 9:00 a.m.

14 SO ORDERED.

15 DATED:

                                              *Ronald M. Whyte*
16
                                              HON. RONALD M. WHYTE
17                                            United States District Judge

STIPULATION AND [D] ORDER
CR 10-00414 RMW