

Honorable Judge Whyte,

Through this letter I am respectfully requesting leniency in your sentencing of me. I have never been in trouble with law before this matter. My life has been profoundly affected since the time the initial investigation began in 2008 by the search warrant on my office. Siince that time I have made great efforts to rebuild my life and career.

As to the tax counts for which I entered guilty pleas, I want to apologize to the IRS, the United States government, and anyone else that has been harmed by my underpayment of taxes for the years 2002 and 2003. I am remorseful for my actions and I have already paid the amounts due for the underpayment of taxes owed to the IRS on those years, factoring in a carry back loss in 2008 to be credited to taxes owned for 2003 and a 2004 tax credit to be credited for taxes owed for 2002. If for some reason there is some remaining amount of taxes owed for 2002 or 2003 after crediting, I will pay them immediately. In addition, I have be told that once this criminal case is over, I will have to resolve with the IRS civil division the issues of proposed civil penalties (a fraud penalty of 50%) and interest that the IRS has already calculated as being over $900,000.

As to the immigration and fraud counts, I have been advised that because of appeal issues I cannot comment now on those matters. However, I want the Court to know that following the execution of the search warrant in 2008 – the first time I heard from the government that it considered my business to be unlawful -I promptly closed my immigration consultancy business and gave notice to each current client that I was withdrawing from representing them because the government had seized all my records . I have not engaged in any immigration related business activities since 2008.

I have always been a hard worker and self-starter. After closing my business in 2008 I was determined to find a new career. However, the publicity from the search warrant, indictment, and convictions on the criminal charges, along with my age and the poor economy, created a situation in which I believed self-employment was my only option. I started a clothes store in Milpitas that was ultimately unsuccessful and I had to close. I also started a wedding design business with an on-line presence. However, every time a potential client "googled" me after making initial contact I never heard back from that person. I was unable to keep clients as my past keep catching up with me though the power of the internet.

The abandonment by potential clients I experienced in my new work environment was similar to the abandonment I experienced in my personal life. Due to all the publicity, as well as talk in the Filipino-American community, I became and now am an outcast in the Filipino-American community – socially and professionally. I have lost long-term friends and my familial relations

have been strained by the pressure resulting from this case and my convictions. However, I still maintain a close relationship with my grandchildren and pray that you will allow me to continue my relationship with them and not be separated from them through incarceration in prison.

I respectfully request the Court allow me to serve any sentence on home confinement under probation supervision and substantial community service . I have been on pre and post trial release and supervison for over 5 years. I am not a danger to the community. Since the failure of my store and online wedding dress design business, I have started several other on-line businesses in the fashion area that do not require my direct interaction with the public I currently refurbish and sell vintage dresses on-line and in consignment stores. I am trying my best to be a productive citizen by finding a new line of work at age 68. I has been very hard, but I will keep on trying.

To that end, I have also enrolled in on-line classes through several universities to obtain certificates in social media marketing. I want to further my education in an area that can help advance my career at this late stage. I hope to someday use the skills I will acquire from these courses to help small businesses in my community attract clients through on-line advertisement.

Through the last several years I have suffered with some medical issues, including a cardiac incident. To date, the doctors have not been able to diagnose with any specific disease but as a result of being exposed to toxins as a young child in the Philippines I have always been subject to sudden and severe ailments, at times requiring hospitalization. If sentenced to home confinement, a period of probation, and community service, I will be able to maintain my current physicians who have been treating and monitoring me over the last few decades.

I hope by this letter the Court can see the efforts I have made to get back on track. I thank the Court for its time and consideration of my sentence.

Respectfully,

*Evelyn Sineneng Smith*  12-3-15

Evelyn Sineneng Smith