# Exhibit 3



December 1, 2015

The Honorable Judge Ronald M. Whyte
Senior United States District Judge
United States District Court
for the Northern District of California
San Jose, CA 95112

Re: Evelyn Sineneng-Smith

Dear Judge Whyte:

This letter is a letter of character for Evelyn Sineneng-Smith. Evelyn is my mother and I am her only child. I am 43 years old and stay home to raise my children and volunteer my time weekly at the Second Harvest Food Bank and at my children's school occasionally. My children are 8 and 10.

My mother is not a traditional mother, but I believe she did the best that she could for me. A few words to describe my mother are hard worker, ambitious, determined and a person who has a love of learning. I describe her as non-traditional because she has always took to working and fulfilling her career inspirations as a priority in her life.

I have known her to always work very hard on anything she puts her mind to. As a single mother, she always worked hard to provide for me. She always provided a clean and safe home, clothes, toys and an education. She provided for my college and law school education.

My mother is also very ambitious and determined. As far as I can remember, she has had a love of fashion. I always knew her to have a clothing store. I remember her as always being successful in her clothing business because of her focus to do well in whatever she pursued. When pursuing her fashion career, she had the drive, ambition and determination to complete her law degree in the evening to better herself while raising a young child by herself without any help.

My mother has always had the love of learning. She is always reading and researching to better herself. She continuously reads and takes classes to learn new skills to help her in her work and career.

My mother is the only relative I have. I do not have any relationships with aunts, uncles or cousins. My father is in the Philippines and I have not seen or heard from him for a few years.

My mother is one of two grandparents. My father is very far away and has only seen my children a handful of times and their other grandfather is deceased.

It would be a loss to me and my young children to lose and be apart from their grandmother. She is an example to them as a person who possesses a hard work ethic, ambition, determination and a passion for learning.

Thank you for considering my letter.

Sincerely,

Evelyn Lomio

**THIS PAGE INTENTIONALLY LEFT BLANK**

The Honorable Judge Ronald M. Whyte
Senior United States District Judge
United States District Court for the Northern District of California
San Jose, CA 95112

Date: December 1, 2015

Re: Evelyn Sineneng-Smith

Dear Honorable Ronald Whyte,

My name is Christopher Lomio, a father of two boys, a long-time resident of Santa Clara County, and senior Controller for Cisco Systems with headquarters located in San Jose, CA. Evelyn Sineneng-Smith is my mother-in-law, and I have known her for over 20 years. I am writing to ask for your consideration of the below.

The conversations I have had with Evelyn throughout the 20 years have been focused on my interests and goals, and her support of those interests. I still remember the time I joined my mother-in-law and family on a trip to the Philippines and she was concerned about my safety and well-being and did everything she could to ensure I was comfortable and safe until we returned. My mother-in-law is also devoted to her two grandchildren. She visits her grandchildren weekly to provide them with wisdom and support as they grow older. She is always looking to offer support and help to our family and I only know of her as an outstanding citizen, role model, and grandmother.

My mother-in-law is committed to her beliefs and her drive to succeed. Evelyn has a passion for improving and driving the Filipino community further and to provide opportunities and support for her family and friends. Evelyn Sineneng-Smith is valued and loved by her family, grandchildren, and community.

Respectfully,

Christopher Lomio

**THIS PAGE INTENTIONALLY LEFT BLANK**

December 1, 2015

The Honorable Judge Ronald M. Whyte
Senior United States District Judge
United States District Court for Northern District of California
San Jose, CA 95112

    Re:    *Evelyn Sinening Smith*

Dear Honorable Judge Ronald Whyte:

I'm Caroline Ortiz Garcia, a close friend of Evelyn for the past eleven and a half years. During those years, I came to know Evelyn both personally and socially.

I am a retired physician from the medical field after 29 years of practice as a family physician. I was associated with a large group practice known as California Cardiovascular Consultants and Medical Associate whose main office is on 2333 Paseo Padre in Fremont, California.

Evelyn and I met in 2004 at a ballroom class in San Jose. Our instructor then, was the president of a local non-profit organization benefitting the local community in the Lakewood area of San Jose and abroad in the Philippines, and we remained active members until it was dissolved in 2008.

Even though our professions were different, we're both involved in the service of our communities. We also share and spend time in the love of music, arts and fashion.

We spent time on activities involving the above mentioned events as well as family events. Our time was also spent on visiting one another once or twice a month and time spent in ours and her family events: baptism, baby showers, birthdays, etc. of her grandsons. Either by phone or visits, we have discussed problems, joys and our most personal lives. In all those, I've come to know her plans and her efforts to start a new and continue to establish herself in the fashion business. She had a business in a store business at an auto mall selling fashion clothes. Due to the time and vigilance she needed to keep a business in retail, she had given up the store and now maintains fashion business online.

I personally admire Evelyn's courage not to be overcome by adversities and to rise up, to continue her love for fashion, and pursue it as her new business venture.

The Honorable Judge Ronald M. Whyte
December 1, 2015
Page 2

Speaking on behalf of our Filipino American community, we are witness to the moral strength she has shown through this ordeal. She personifies someone as an integral trait of Filipino: to be steadfast in adversity and to rise up from it with renewed vigor.

I'm privileged and proud to be a friend of Evelyn Seeming-Smith.

Truly,

Caroline O. Garcia

Caroline O. Garcia

Signed Dec 3, 2015

THIS PAGE INTENTIONALLY LEFT BLANK

December 1, 2015

The Honorable Judge Ronald M. Whyte
Senior United States District Judge
United States District Court for Northern District of California
San Jose, CA 95112

Re: *Evelyn Sinening Smith*

Your Honor:

Please be informed that the undersigned, Consuelo Santos Barrameda, is a United States citizen and a resident of San Jose, California since 1984. I am a real estate broker (California BRE#01117558) from 2003 to present. Evelyn and I first met through business owners' association meetings in 1970 regarding malls in Metro Manila Philippines. Evelyn and I used to conduct and arrange fashion shows during days we needed to promote our designs. Evelyn's interests was in ladies fashion design while my interest was in ladies shoe design. We both had small manufacturing shops and retail stores at various malls. Our hard work and patience allowed us both to flourish in the Philippines.

Our path crossed again when her family and my family migrated in California in 1984 on another business members association meeting of the Filipino American Chamber of Commerce of Santa Clara County. I served as one of the directors of this association while Evelyn served as the legal adviser. This organization does fund raising, including collecting toys every Christmas for less fortunate children of San Jose. While in California, Evelyn enrolled and obtained a law degree at Lincoln Law School.

During our association in San Jose, Evelyn hired me as her real estate broker. I am close with Evelyn's fanily. I used to visit Evelyn's mother whenever I go home to the Philippines. Ever since her father died, Evelyn has been financially supporting her family in the Philippines. She never stops learning and in spite of her senior years she plans currently to enroll in a course, Social Media Marketing Specialization. This will be about learning how to use social media tools to design, manage and optimize social campaigns to help professional business women in the global digital marketplace, such as real estate agents, beauty parlors, boutiques, nails and spas, and specialty restaurant. I am positive Evelyn will be an asset to the small businesses communities of Santa Clara County.

Respectfully yours,,

CSBarrameda

Consuelo Santos Barrameda
3165 Heritage Valley Drive
San Jose, CA 95148

**THIS PAGE INTENTIONALLY LEFT BLANK**

ISABELLE B. GIL
842 Juno Lane
Foster City, CA
94404

November 30, 2015

The Honorable Judge Ronald M. Whyte
Senior United States District Judge
United States District Court
For the Northern District of California
San Jose, CA 95112

Re: Evelyn Sineneng Smith

Dear Honorable Judge Whyte,

My name is Isabelle B. Gil, a US citizen, and a resident of Foster City, CA since 1972. I am a mother of five and a grandmother of thirteen. I have been a Real Estate Broker licensed in the state of California since 1984. Currently I am an Administrator and owner of a Residential Care Facility for the Elderly with diagnosis of Developmental Delay. I have been doing this work since 1994.

I met Evelyn Sineneng Smith way back In 1994 in one of the Fil-Am charity functions. After that brief meeting, I asked Evelyn for assistance in obtaining a "Green Card" or working permit for two caregivers who were applying for a job at the facility, so they both can work in the country legally , which was in 1994.

She was successful in doing that and I appreciated her professionalism and honesty in conducting business, even though our relationship was both business and

personal. We often attended social gatherings together mostly involving fund raising to help those who were less fortunate at that time.

I have known Ms. Evelyn Sineneng to be a law abiding citizen who never had a bout with the law since the time I've known her. She was a loyal friend to me and some of our acquaintance. I remember the time when her daughter got married and she invited me and my husband to the wedding, although we haven't talked to one another for a long time due to our heavy schedule.

She is a hardworking, dependable person and will truly be an asset to the community and I hope this letter will suffice whatever purpose it may serve her. Thank you.

Sincerely,

Isabelle B. Gil

Isabelle B.Gil

**THIS PAGE INTENTIONALLY LEFT BLANK**

December 1, 2015

The Honorable Judge Ronald M. Whyte

Senior United States District Judge

United States District Court

For the Northern California District of California

San Jose, CA 95112

Dear Honorable Whyte:

I am Myrna Canizares, an employee of Stanford University. I have been employed as an Office Manager in the Neurology Epilepsy Research laboratory for the past 26 years. I am a single parent, mother to Michael, also a Stanford employee, and grandmother to Aly, who is now 10 years old. Evelyn Sineneng was my college classmate in the College of the Holy Spirit, Philippines and we both graduated in 1967.

Evelyn was my seatmate in every class. We were arranged alphabetically and being a smaller class, her family name as Sineneng and mine as a Vasquez were always together. She is intelligent but humble, organized and was always prepared for class. Since we were seatmates, we were sometimes tasked to certain projects and it was certainly apparent that she has leadership qualities. She is very thorough and precise and we usually produced quality projects.

We have several College of the Holy Spirit alumnae in the Bay Area. Due to Evelyn's effort in coordination with the New York alumnae organization, she pushed the concept that the CHS alumnae on the West Coast should be a chapter. Through Evelyn's efforts the College of the Holy Spirit Pacific Northwest Chapter, which included the Bay Area, Seattle and Hawaii was created in the late 90s. Through Evelyn's efforts we were able to fund-raise enough to assist our home institution make necessary renovations, fund scholarships, and upgrade their computer system. We also reached out to local charitable organizations in the Bay Area, such as the Wheelchair program, which our alumnae organization has supported.

When we started our alumnae organization we had no financial base but Evelyn was kind enough to assist by providing the funds for our initial expenses: stamps, mailing, telephone calls, hosting and offering her home for meetings, etc. Evelyn's participation in our alumnae organization is truly valued.

Evelyn and I have continued our friendship to date. She is a wonderful and thoughtful friend and has a strong desire to better herself. I think she is the only person in our class who has obtained a JD. We are very proud of her.

Sincerely,

Myrna Canizares

**THIS PAGE INTENTIONALLY LEFT BLANK**

December 1, 2015

The Honorable Judge Ronald M. Whyte
Senior United States District Judge
United States District Court for Northern District of California
San Jose, CA 95112

Re: *Evelyn Sinening-Smith*

Your Honor:

My name is Adelia Mendoza. I live in Jamaica Estes, New York and I am a retired Blood Bank Laboratory Supervisor. I worked for 40 years at Elmhurst City Hospital In New York.

Evelyn Sinening-Smith has been my friend since childhood. We went to grade school at an all-girls school in Manila, Philippines where we continued to be classmates through high school.

Throughout school, Evelyn and I had a lot of chances to bond and make happy memories. In 6th grade we were both tested an accelerated to high school, skipping 7th grade. This privilege was given to only a few because of our higher grade average.

Our friendship continued through college because we both went to the same college in Manila, the College of the Holy Spirit.

Our friendship did not end after we graduated. We had remained in contact when we both migrated and worked in New York. I would visit her and her roommates who also went to the same high school. We have maintained our friendship throughout all these years.

Evelyn still attends our high school reunions with other high school friends who are living in different states. My friendship with Evelyn is a valuable part of my life.

I know that because of her talents, intelligence, and good will, Evelyn is a valuable asset to the Filipino American Community.

Evelyn is a solid citizen. I have respect for her professionalism, loyalty, and integrity. She has never lost the religious foundation we received from the missionaries of the Immaculate Conception and our excellent teachers. I believe that this foundation has been ingrained in her. I have a lot of respect for Evelyn and I know she has never been in trouble with the law prior to this.

Yours truly,

Adele Mendoza *

* Authorized to send without signature. RRA