**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 13 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   15-10614 |
| Plaintiff-Appellee, | DC No. CR 10-414 RMW |
| v. | |
| EVELYN SINENENG-SMITH, | **O R D E R** |
| Defendant-Appellant. | |

Before:   TASHIMA, BERZON, and HURWITZ, Circuit Judges.

Defendant-Appellant's unopposed motion: (1) for a thirty-day extension to file a petition for panel rehearing and/or rehearing *en banc*; and (2) to stay the mandate is granted.

(1)  The time within which to file a petition for panel rehearing and/or rehearing *en banc* is extended to January 17, 2019.

(2)  Issuance of the mandate is stayed pursuant to Fed. R. App. P. 41(d)(1).