**FILED**

UNITED STATES COURT OF APPEALS

FEB 12 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br>  v.<br><br>EVELYN SINENENG-SMITH,<br><br>        Defendant-Appellant. | No.   15-10614<br><br>DC No. 5:10 CR-0414 RMW<br>ND Cal., San Jose<br><br><br>ORDER |

Before:    TASHIMA, BERZON, and HURWITZ, Circuit Judges.

Plaintiff-Appellee has filed a petition for rehearing en banc.  [Dkt. 119] Defendant-Appellant has filed a petition for panel rehearing and for rehearing en banc.  [Dkt. 120]  The panel has voted to deny the petition for panel rehearing. Judges Berzon and Hurwitz vote to deny both petitions for rehearing en banc, and Judge Tashima so recommends.  The full court has been advised of the petitions for rehearing en banc and no judge of the court has requested a vote on en banc rehearing.  *See* Fed. R. App. P. 35(f).

The petition for panel rehearing and the petitions for rehearing en banc are **DENIED.**