# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SINENENG-SMITH,<br><br>Defendant. | Case No.  10-cr-00414-BLF-1<br><br>**ORDER SETTING STATUS CONFERENCE** |

The Court SETS a status conference for April 20, 2021 at 9am.

**IT IS SO ORDERED.**

Dated: March 11, 2021

_____
BETH LABSON FREEMAN
United States District Judge