DANIEL F. COOK
Attorney At Law
P. O. Box 26
Bodega Bay, CA 94923
Telephone: (415) 730-3075
Email: dcooklaw@comcast.net

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 10-00414 BLF |
| Plaintiff, ) ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE DATE** |
| v. ) ) | |
| EVELYN SINENENG-SMITH, ) ) | |
| Defendant. ) ) | |

## STIPULATION

This Court has presently scheduled an April 20, 2021 status conference regarding defendant Evelyn Sineneng-Smith relating to a request for a BOP motion for modification of the term of imprisonment previously imposed (concurrent 18 months imprisonment on each count of conviction) she will be submitting to the Bureau of Prisons ("BOP") pursuant to 18 U.S.C. §3582(c)(1)(A)(i). Depending upon the BOP decision, or the lapse of thirty (30) days from the BOP receipt of that request, Ms. Sineneng-Smith intends to file a motion for reduction of her terms of imprisonment with this Court pursuant to 18 U.S.C. §3582(c)(1)(A)(i). This requested continuance will allow for that BOP request process to be completed or the lapsing of the thirty (30) day period from receipt of the request by the BOP.

The request to the BOP will be filed next week. The filing of the request has been delayed due to the time it has taken to have necessary medical testing/examinations scheduled and completed and obtain an evaluation from her primary physician of her medical condition and of her COVID-19 risk factors.

The undersigned parties respectfully request that this Court grant a continuance of the April 20, 2021 status hearing date to May 25, 2021 to allow the BOP request process to be completed or the lapse of thirty (30) days of time from the receipt of the request by the BOP.

SO STIPULATED.

DATED: April 16, 2021

STEPHANIE M. HINDS
Acting United States Attorney

/s/
SUSAN KNIGHT
Assistant United States Attorney

DATED: April 16, 2021

/s/
DANIEL F. COOK
Counsel for Ms. Sineneng-Smith

## ORDER

Good cause appearing, and upon the request of the parties, the presently set status conference hearing date of April 20, 2021 at 9:00 a.m. is hereby continued to May 25, 2021 at 9:00 a.m.

SO ORDERED.

DATED:  April 16, 2021

HON. BETH LABSON FREEMAN
United States District Judge

STIPULATION AND ORDER CR 10-00414
BLF